FILED
CLERK, U.S. DISTRICT COURT

JUL   6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

v.

FRANCISCO JAVIER CONTRERAS   Defendant.

Case No.: MJ 10 - 1611

ORDER OF DETENTION

[Fed. R. Cim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)]

      The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

      The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

      The Court finds that:

A.   ( √) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _unknown background/residence information; nature of the offense._

_____

_____

      and/or

B.    ( ✓ ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _prior criminal record and history_

_____

_____

_____

        IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _July 6, 2010_

_Alicia G. Rosenberg_
ALICIA G. ROSENBERG
United States Magistrate Judge